United States District Court
Central District of Illinois

Tobias Payton,
   Plaintiff,

vs.                              Case No. 1:17-cv-01292-JBM

John Baldwin, Judge Joe Billy McDade,
c/o Kram,
c/o Rodrick,
L.T. Henry,
c/o Lee, Michael Meulin
c/o Bolte, L.T. Corley
   Defendants

SCANNED at PCC and E-mailed
12/4/17 (date) by W (initials)
   9   (# of pages)

## Amended complaint

All these claims are related to and stem from one incident.

On 11-4-2016 after being assulted by c/o Kram and Rodrck, I was sent to north house and placed on strip cell by L.T. Corley in cell north 112

or so one gallery officer Lee who is responsible for bring me my allowed hygine, soap, toothpaste, toothbrush, towels, toilet paper, and blanket, refused to bring me these items for three days, even stating he was not bring me anything because he did not bring me to north house. C/O Bolte who was one gallery officer on 3 to 7 shift refused to bring me my allowed hygine items and blanket, stating because i was on strip cell for attempt staff assult, i'm on advanced stripout and i'm only allowed one pair of boxers and nothing else, Bolte told he'll bring me a memo on advanced stripout. I asked Bolte four times throughout the night for this memo, finally on his last gallery cheak of the night Bolte

told me " You still don't get it" or "You still haven't gotten it". For three days 72 hours to be exact Lee and Bolte refused to give me my hygine and blanket. Due the cell being cold and having no sheets or blanket, I had to tear my mattress cover open to sleep inside of it. Because I did not have toilet paper I had to tear my only pair of boxers to wipe myself when I defecate, without soap I was unable to properly wash my hands and torn boxers I continuously used to wipe myself, so I had to eat my meals with feces steal present on my hands.

On 11-4-2016, I was beat by c/o's Kraw and Rodrick at c/o. Henrys behest, because I refused to move.

3

When c/o Kram asked c/o Henry what she wanted him to do, she told him to remove from the cell by force at which she opened my cell and c/o entered yanking me out of the cell by my arm which was cuffed behind my back. Around cell west 312 and in front of west house only camera c/o Kram for no reason kneed me twice in the left side. Upon exiting three gallery c/o Rodrick kicked my feet and Kram slammed me upon my right shoulder, kneed me twice to my face busting my lip, then stood on the left side of my face and neck with his knees.

On 11-4-2016, c/o Kram wrote me a falsified ticket, stating outside 3 gallery I attempted to head butt him, at which time he placed me

4

the ground and i busted my lip, while on the ground he said i tryed to kick c/o. Henry, on 11-7-2017 the adjustment committee heard my ticket. I called Pontiac farm workers and the inmates in the following west house cells as witnesses. W.122, W.522, W.321, W.319, W.317, W.316, W.312, W.310, 307, W.304 and W.301. Wolf and davis refused to call these witnesses, and to review to this video surveilance they alledged showed me trying to assault staff.

## Claim

L.T. Corley placing me on strip cell and not insuring i recieved my hygine, and blanket. And north house Five day gallery officers Lee and bolte refusal to give me my allowed property subjected me to creaul and unusal punsihment, as a result on their actions and sleeping inside my matress cover i recieved painful sores, stress and sleep deprevetation.

C/O's Kram and Rodrick subjected me to creaul and unysal punishment, and abcessive force, i suffered painful bruises to my right shoulder, left side(ribs), my face, neck, and a busted lip, causing me sleep deprivetation from the pain.

6

C/O Henry who was C/O Krams and Rodrick Supervisor told them to use force against me, and failed to entervein when they used abcessive force. She turned a blind eye failed her duty to protect me against harm at the hands of her officers, and allowed me to be subjected to abcessive force.

Warden Micheal Melvin is responsable for over seeing the training of all Pontiac correctional officers, John Baldwin is responsable for over seeing the training of all I.D.O.C. employees. Melvin and Baldwin failed to properly train C/O's Kram and Rodrick, and failed to oversee their training. Baldwin and Melvin refused to disciplain Kram and Rodrick and turned a blind eye to their abcessive



force.

8

The adjustment comittee Wolf and C.o.t. Davis gave me seg time, and took a month's good time. These actions violated my due process rights in not calling my witnesses, subjected me a mentally unstable inmate that lead to stress and migraine headaches, and sleep deprivetation.

### Relief
$100,000 dollors suspension of Kram, Rodrick, and L.t. Henry.

_____
Tobias Payton R10454
P.O. Box 99
Pontiac, Il. 61764

# AFFIDAVIT

I **Denzel Walker** Being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and i'm competent to testify thereto

From 11-4-2016 to 11-7-2016 at night, Tobias Payton was in cell N．111, next door to me N．110 where i reside. I heard him ask c/o Bolte and Lee are gallery officer multiple times for his allowed property, hygiene, and toilet paper, and he never received anything intil the night of 11-7-2016.

　　　　　　　　　　　_Denzel Walker K-44525_
　　　　　　　　　　　Affiant: Name: Date: Number

12/23/16

_Amber L. Potts_

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires 11/15/____

10

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF LIVINGSTON  )

### AFFIDAVIT

I, JUAN STARKS #S10778, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts. On November 4th 2016, I observed C/O Kram, and other officers assault an Inmate. This Inmate was handcuffed, when C/O Kram slammed his head into the wall & bars, and followed with a few kicks to his body (back) area. Also while this assault was taken place, LT. Henery was present and observed thee entire incident and never attempted to cease officers from violating Inmate. The location of this assault was on 3 gallery, in Westhouse.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9 day of JAN, 2017.

Juan Starks #S10778
Affiant

STATE OF ILLINOIS  )
)
COUNTY OF          )

## AFFIDAVIT

I ROBERT WILLIAMS N03588 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

ON 4-11-17, I WAS HOUSED IN WEST 122 I COULD SEE WEST 322 THROUGH THE TWO WAY MIRROR WINDOW ON THE CATWALK/TOWER ACROSS FROM MY CELL. ON THIS DAY I. IMUTS PAYTON WAS TOLD HE HAD TO MOVE, C/O KEAN TOLD PAYTON OH! YOU'RE GONNA MOVE PAYTON ASKED ME TO WATCH HIS CELL SO I COULD PUT IT IN A AFFIDAVIT. LT. NISBEY TOLD C/O KEAN & LADDICK TO REMOVE PAYTON FROM CELL 322. AT WHICH TIME I SAW C/O KEAN ENTER 322 PUT HIS ARM THROUGH PAYTON ARM THAT WAS CUFFED BEHIND HEAD AND SNATCH PAYTON OUT OF THE CELL WITH FORCE

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 11 day of APRIL 2017

Mr. Robert Williams
_____
Affiant

12

STATE OF ILLINOIS )
)
COUNTY OF )

## AFFIDAVIT

I, Tramain McDonald, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On or about the time of Nov. 2016 I witness two correctional officers and the west cell house Lieutenant bring an inmate up three gallery in an aggressive manner. Seconds later I heard a loud thud sound upon which I asked Lt. Henry what was going on and she replied for me to go sit on my bunk and mind my own business. The inmate in the above mentioned and contained lawsuit then replied that they were jumping on him, meaning punching and hitting him.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 1st day of November 2017

11/01/17

Tramain McDonald
Affiant

13